**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                               Case No. 10-07653-SEK

Mabel Enid Pérez Alvarado                 Chapter 13
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: 09/22/2010
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 1681.00 x 1 = $ 1,681.00
$ 1641.00 x 59 = $ 96,819.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ 98,500.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 98,500.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,500.00

Signed: /s/ Mabel E. Pérez Alvarado
Debtor

Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. BMW Finan. Servs Cr. _____ Cr. _____
# 2000304837 # _____ # _____
$ 22,694.00 $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
Shares to Coop A/C Sabanera
5. ☐ Other: _____
6. ☑ Debtor otherwise maintains regular payments directly to:
Banco Popular
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)

( See Continuation Sheet )

Attorney for Debtor /s/ Roque Román Pérez          Phone: 787-855-3574

CHAPTER 13 PAYMENT PLAN

IN RE PEREZ ALVARADO, MABEL ENID               Case No. 10-07653-13
                        Debtor(s)

# CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 1 of 1

-ATTORNEYS FEES TO BE PAID AS AN ADMINISTRATIVE EXPENSE PRIOR TO SECURED CLAIMS

-ANY INCOME TAX RETURNS OR FUNDS OF A SIMILAR NATURE RECEIVED BY THE DEBTOR DURING THE LIFE OF THE PLAN WILL BE TENDERED TO THE TRUSTEE AND THE CONFIRMED PLAN WILL BE AUTOMATICALLY AMENDED

CREDITORS THAT DO NOT FILE A TIMELY OBJECTION TO THE PROPOSED CHAPTER 13 PLAN WILL BE DEEMED TO HAVE WAIVED THEIR RIGHT TO EQUAL MONTHLY AMOUNT PAYMENTS

-ALLOWED GENERAL UNSECURED CLAIMS TO BE PAID 100% PLUS 6% PER ANNUM INTEREST.

-STAY TO BE LIFTED IN FAVOR OF DORAL BANK AND COOP A/C SABANEÑA

-DOUBLE INTEREST INSURANCE WITH EASTERN AMERICA FOR BMW FINANCIAL SERVICES UPON MATURITY (06/30/2011)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

MABEL E. PEREZ ALVARADO
Debtor

CASE NO.10-07653-SEK

CHAPTER 13

CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

The Debtor, by means of the undersigned counsel, represents as follows:

1. On this same date, a true and identical copy of the Debtor's amended proposed Chapter 13 Plan dated September 22, 2010, has been sent by first class mail, postage pre-paid, to all creditors listed on the annexed Master Address List and by electronic mail (CM/ECF) to Alejandro Oliveras Rivera, Esq., Chapter 13 Trustee and to Monsita Lecaroz Arribas, Esq.,US Trustee.

WHEREFORE, the Debtor respectfully requests from this Honorable Court that it take notice of the fact that on this same date, a true and identical copy of this Certificate of Service and of the Debtor's amended proposed Chapter 13 Plan dated September 22, 2010, has been sent by first class mail, postage pre-paid, to all creditors listed on the annexed Creditor Mailing Matrix and by electronic mail (EM/ECF) to Alejandro Oliveras Rivera, Esq., Chapter 13 Trustee and to Monsita Lecaroz Arribas, Esq., US Trustee.

In Vega Baja, Puerto Rico, this 22nd day of September 2010.

Respectfully submitted:   /s/Roque Román Pérez
                         Roque Román Pérez
                         USDC-PR 203605
                         For the Debtor
                         PO Box 2473
                         Vega Baja, PR 00694
                         Tel. 787-855-3574
                         Fax 787-858-6367
                         roqueromanperez@yahoo.com

**CREDITOR MAILING MATRIX**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 10-07653-SEK13<br>District of Puerto Rico<br>Old San Juan<br>Mon Sep 20 14:09:28 AST 2010 | DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>OFICINA 424-B<br>SAN JUAN, PR 00902-4140 | PR DEPARTMENT OF LABOR<br>PRUDENCIO RIVERA MARTINEZ BLDG<br>505 MUNOZ RIVERA AVENUE<br>12 FLOOR<br>SAN JUAN, PR 00918 |
| US TRUSTEE<br>EDIFICIO OCHOA<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | AMERICAN EXPRESS<br>PO BOX 1270<br>NEWARK, NJ 07101-1270 |
| BANCO POPULAR<br>PO BOX 71375<br>SAN JUAN, PR 00936-8475 | BANK OF AMERICA<br>PO BOX 15028<br>WILMINGTON, DE 19850-5028 | (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 |
| COOP. A/C SABANENA<br>PO BOX 609<br>SABANA GRANDE, PR 00637-0609 | DORAL BANK<br>P.O. Box 70308<br>SAN JUAN, PR 00936-8308 | DORAL BANK<br>PO BOX 71528<br>SAN JUAN, PR 00936-8628 |
| EASTERN AMERICA INSURANCE COMPANY<br>PO BOX 9023862<br>SAN JUAN, PR 00902-3862 | FIA Card Services aka Bank of America<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | FIRST PREMIER BANK<br>PO BOX 5147<br>SIOUX FALLS, SD 57117-5147 |