STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

1/3

In re:

MABEL ENID PEREZ ALVARADO

Case No. 10-07653-SEK

Chapter 13

Attorney Name: ROQUE ROMAN PEREZ*

## I. Appearances

| | | |
|---|---|---|
| Debtor | [✓] Present | [ ] Absent |
| Joint Debtor | [ ] Present | [ ] Absent |
| Attorney for Debtor | [✓] Present | [ ] Absent |

[ ] Pro-se
[ ] Substitute _____

Date: September 22, 2010
Time: 8:04 am  Track: 1
[✓] This is debtor(s) /s/ Bankruptcy filing.
Liquidation Value: $57,332.00
Creditors
NONE
_____
_____

## II. Oath Administered
[✓] Yes   [ ] No

## III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
    [ ] Waiver requested by debtor(s)
[ ] DSO Certificate  NO DSO OBLIGATION

[ ] DSO Recipient's information  N/A
[✓] State Tax Returns _____ [✓] Returned
[ ] Federal Tax Returns N/A  [ ] Returned  salary
[✓] Evidence of income (60 days prior to petition)

## IV. Status of Meeting
[✓] Closed   [ ] Not Held   [ ] Continued _____ at _____

## V. Trustee's Report on Confirmation

100%
[ ] FAVORABLE
[✓] UNFAVORABLE

[✓] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)
_____
_____
[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
    [ ] State - years _____
    [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
    [ ] Missing   [ ] Incomplete
[ ] Stmt. of Current Monthly Income
    [ ] Incomplete   [ ] Missing
    [ ] Fails commitment period   [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
    [ ] Missing   [ ] More than 180 days
    [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other: _____

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

MABEL ENID PEREZ ALVARADO

Case No. 10-07653-SEK

Chapter 13   Attorney Name: ROQUE ROMAN PEREZ*

**VI. Plan** (Cont.)
Date: August, 23, 2010   Base $ 100,860.00   [X] Filed   Evidence of Pmt shown: OK
Payments 1 made out of 1 due.   [ ] Not Filed

**VII. Confirmation Hearing Date:** October, 15, 2010

**VIII. Attorney's fees as per R. 2016(b)**
$3,000.00 - $ 500.00 = $ 2,500.00

**IX. Documents to be provided w/in 5 days**

[✓] Amended schedules _____
[ ] Insurance estimate
[ ] Assumption/Rejection executory contract  NO
[✓] Appraisal
[✓] State tax returns years 2006, 2007, 2008, 2009
[ ] Federal tax returns years  N/A
[✓] Correct SS # (Form B21)
   [✓] Debtor  [ ] Joint debtor
[ ] Other:

[ ] Amended S.O.F.A.  N/A
[ ] Amended plan  N/A
[ ] Business Documents
[ ] Monthly reports for the months  N/A
[ ] Public Liability Insurance
[ ] Premises  N/A
[ ] Vehicle(s)
[ ] Licenses issued by:  N/A

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

**COMMENTS**

NEEDS EVIDENCE IN SUPPORT OF FINANCIAL ASSISTANCE BY FATHER ($1,200.00 PER MO). SCHEDULE "B" MUST BE AMENDED TO LIST INTEREST IN STOCKS FROM JM FOODS INC (TACO MAKER FRANCHISE) ACCORDING TO DEBTOR'S TESTIMONY SUCH STOCKS MUST BE LISTED WITH A VALUE OF $40,000.00.

_____
Trustee/Presiding Officer

Date: September 22, 2010
(Rev.

DEBTOR(S) NAME: Maribel Enid Perez Alvarado

CASE NO. 10-07653

COMMENTS CONTINUATION:

No evidence has been provided in support of such stocks. Debtor's former husband filed a Chapter 7 case, 10-08145 (SEK), regarding liquidation of such corporation (JM Foods Inc). If such value is correct, plan must be amended to pay 100% + 6% to allowed G.U. creditors. Plan will be amended to pay in full BMW motor vehicle. Schedule "I" will be amended to list three dependents. Lift of stay will be included in "Other Provisions" of the plan since real property at "Los Corales" is object of a foreclosure proceeding.

TRUSTEE OR PRESIDING OFFICER

DATE: Sept. 22, 2010

PAGE: 2