UNITED STATES BANKRUTPCY COURT
DISTRICT OF PUERTO RICO

IN RE: | CASE NO. 10-07653-SEK

MABEL ENID PEREZ ALVARADO | CHAPTER 13
Debtor

MOTION FOR POST CONFIRMATION MODIFICATION
TO CHAPTER 13 PLAN

TO THE HONORABLE COURT:

The Debtor by means of the undersigned counsel, represents as follows:

1. The order for relief in the case at bar was entered on August 23, 2010 and an order confirming the Debtor's amended Chapter 13 Plan dated September 22, 2010, was entered on October 25, 2010 (D.E. #17).

2. The Debtor's amended Chapter 13 Plan provided for the lifting of the stay in favor of Doral Bank and Cooperativa de Ahorro y Crédito Sabaneña, both of whom had mortgages on the Debtor's previous residence located in Urb. Los Corales I, Calle Mar de Cortez #653, Dorado, Puerto Rico, whereas the original plan provided for the surrender of this realty to the above mentioned secured creditors.

3. To avoid litigation that might affect her financial rehabilitation, the Debtor wishes to file a post confirmation amended Chapter 13 Plan with the sole purpose of surrendering her share in the realty in Los Corales I to Cooperativa de Ahorro y Crédito Sabaneña and to Doral Bank.

4. A post confirmation amended Chapter 13 Plan dated March 23, 2011, is being filed herewith.

WHEREFORE, the Debtor respectfully prays from this Honorable Court that it take notice of the post confirmation modified Chapter 13 Plan dated March 23, 2011, being filed herewith and, should no opposition be filed within the allowed time frame, enter an order confirming same.

NOTICE

Parties in interest are notified that they have twenty (20) days from receipt of this motion and annexed post confirmation modified Chapter 13 Plan dated March 23, 2011, to object

in writing to the proposed modification of the Plan. Absent good cause, untimely motions will be denied.

## CERTIFICATE OF SERVICE

I CERTIFY: That on this same date, a true and identical copy of this motion and annexes has been sent by first class mail, postage pre-paid, to all creditors listed on the annexed Master Address List and by electronic mail (CM/ECF); to Alejandro Oliveras Rivera, Esq., Chapter 13 Trustee and to Monsita Lecaroz Arribas, Esq., US Trustee.

In Vega Baja, Puerto Rico, this 23rd day of March 2011.

Respectfully submitted:	/s/Roque Román Pérez
ROQUE ROMAN PEREZ
USDC-PR 203605
For the Debtor
PO Box 2473
Vega Baja, PR 00694
Tel. 787-855-3574
Fax 787-858-6367
roqueromanperez@yahoo.com

# United States Bankruptcy Court
## District of Puerto Rico

IN RE: Mabel Enid Pérez Alvarado

Case No. 10-07653-SEK
Chapter 13

Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☑ POST-CONFIRMATION

☑ AMENDED PLAN DATED: _____
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 1,681.00 x 1 = $ 1,681.00
$ 1,641.00 x 59 = $ 96,819.00
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___

TOTAL: $ 98,500.00

Additional Payments:
$ ___ to be paid as a LUMP SUM within ___ with proceeds to come from:
☐ Sale of Property identified as follows:
_____

☐ Other: _____

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ 98,500.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 3,000.00

Signed: /s/ Mabel Pérez Alvarado
Debtor

Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. BMW Fin. Servs Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder: Shares to Coop A/c Sabaneña; Debtor's former residence in Paseo Los Corales
5. ☐ Other: I to Doral Bank + Coop A/c Sabanena.
6. ☑ Debtor otherwise maintains regular payments directly to: Banco Popular

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___
☐ Paid 100% / ☐ Other: ___
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
- Attorney's fees to be paid as an administrative expense, prior to secured claims
- Any income tax returns or funds of a similar nature received by the Debtor during the life of the Plan will be tendered to the Trustee and the Plan will be automatically amended.
(see continuation sheet)

Attorney for Debtor /s/ Roque Román Pérez    Phone: 787-855-3574

CHAPTER 13 PAYMENT PLAN

# CHAPTER 13 PAYMENT PLAN
## Continuation Sheet-Page 1 of 1

- Creditors that do not file a timely objection to the proposed Chapter 13 Plan will be deemed to have waived their right to equal monthly amount payments.

- Allowed general unsecured claims to be paid 100% plus 6% per annum Interest.

- Double interest insurance with Eastern America for BMW Financial Services upon maturity (06-30-2011)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE: | CASE NO. 10-07653-SEK

MABEL PEREZ ALVAARADO | CHAPTER 13
Debtor

CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

The Debtor, by means of the undersigned counsel, represents as follows:

1. On this same date, a true and identical copy of the Debtor's post confirmation amended proposed Chapter 13 Plan dated March 23, 2011, has been sent by first class mail, postage pre-paid, to all creditors listed on the annexed Master Address List and by electronic mail (CM/ECF) to Alejandro Oliveras Rivera, Esq., Chapter 13 Trustee and to Monsita Lecaroz Arribas, Esq.,US Trustee.

WHEREFORE, the Debtor respectfully requests from this Honorable Court that it take notice of the fact that on this same date, a true and identical copy of this Certificate of Service and of the Debtor's pre confirmation amended proposed Chapter 13 Plan dated March 23, 2011, has been sent by first class mail, postage pre-paid, to all creditors listed on the annexed Creditor Mailing Matrix; and by electronic mail (EM/ECF) to Alejandro Oliveras Rivera, Esq., Chapter 13 Trustee and to Monsita Lecaroz Arribas, Esq., US Trustee.

In Vega Baja, Puerto Rico, this 23rd day of March 2011.

Respectfully submitted:  /s/Roque Román Pérez
Roque Román Pérez
USDC-PR 203605
For the Debtor
PO Box 2473
Vega Baja, PR 00694
Tel. 787-855-3574
Fax 787-858-6367
roqueromanperez@yahoo.com

CREDITOR MAILING MATRIX

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 10-07653-SEK13<br>District of Puerto Rico<br>Old San Juan<br>Mon Sep 20 14:09:28 AST 2010 | DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>OFICINA 424-B<br>SAN JUAN, PR 00902-4140 | PR DEPARTMENT OF LABOR<br>PRUDENCIO RIVERA MARTINEZ BLDG<br>505 MUNOZ RIVERA AVENUE<br>12 FLOOR<br>SAN JUAN, PR 00918 |
| US TRUSTEE<br>EDIFICIO OCHOA<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | AMERICAN EXPRESS<br>PO BOX 1270<br>NEWARK, NJ 07101-1270 |
| BANCO POPULAR<br>PO BOX 71375<br>SAN JUAN, PR 00936-8475 | BANK OF AMERICA<br>PO BOX 15028<br>WILMINGTON, DE 19850-5028 | (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 |
| COOP. A/C SABANENA<br>PO BOX 609<br>SABANA GRANDE, PR 00637-0609 | DORAL BANK<br>P.O. Box 70308<br>SAN JUAN, PR 00936-8308 | DORAL BANK<br>PO BOX 71528<br>SAN JUAN, PR 00936-8628 |
| EASTERN AMERICA INSURANCE COMPANY<br>PO BOX 9023862<br>SAN JUAN, PR 00902-3862 | FIA Card Services aka Bank of America<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | FIRST PREMIER BANK<br>PO BOX 5147<br>SIOUX FALLS, SD 57117-5147 |

ASCENCION CAPITAL GROUP, INC.
ATTN: BMW FINANCIAL SERVICES NA, LLC DEPARTMENT
PO BOX 201347
ARLINGTON, TX 76006