IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MABEL ENID PEREZ ALVARADO

CASE NO. 10-07653-SEK

CHAPTER 13

DEBTOR(S)

## TRUSTEE'S UNFAVORABLE REPORT
## ON POST CONFIRMATION MODIFIED PLAN DATED 3/23/2011

With respect to the above-referred payment plan with a base of $98,500.00 the Trustee Renders the following recommendation:

☐ **FAVORABLE**  ☒ **UNFAVORABLE**

1. ☐ FEASIBILITY 11 USC § 1325(a)(6):

2. ☒ INSUFFICIENTLY FUNDED § 1325(b):
   To cover 100%+6%, see administrative order 10-02.

3. ☐ UNFAIR DISCRIMINATION § 1322(b):

4. ☐ FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. ☐ FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. ☒ DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):
   CRIM.

7. ☐ OTHER:

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

DATE: 4/1/2011

ROQUE ROMAN PEREZ*
COUNSEL FOR DEBTOR(S)

/s/ Osmarie Navarro Martínez

Osmarie Navarro Martínez
USDC # 222611

For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062